FILED
CLERK, U.S. DISTRICT COURT

2/13/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SANTOS DE LEON III, | ) No. CV 14-01042-MWF (DFM) |
|---|---|
| Plaintiff, | ) |
| v. | ) Order Accepting Report and ) Recommendation of United States ) Magistrate Judge |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner and remanding this action for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

Dated: February 13, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge